NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALVIN HOWARD,                                    )
                                                 )
              Appellant,                         )
                                                 )
v.                                               )          Case No. 2D17-4539
                                                 )
STATE OF FLORIDA,                                )
                                                 )
              Appellee.                          )
                                                 )
_____)

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico
Judge.

Alvin Howard, pro se.


PER CURIAM.


            Affirmed.


NORTHCUTT, BLACK, and LUCAS, JJ., Concur.